IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND STATE SALVAGE COMPANY, INC.,<br>ESTATE OF HERBERT SHERR,<br>NANCY A. SHERR, EXECUTRIX of the<br>   ESTATE OF HERBERT SHERR,<br>BARBARA SHERR KLEGER,<br><br>and<br><br>DELMARVA POWER & LIGHT COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-76<br>)<br>)  Judge<br>)<br>)<br>)<br>)  NOTICE OF LODGING<br>)  OF CONSENT DECREE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF UNITED STATES OF AMERICA'S
## NOTICE OF LODGING OF CONSENT DECREE

The United States is lodging with the Court a proposed Consent Decree resolving the liabilities of defendants Estate of Herbert Sherr, Nancy A. Sherr, Executrix of the Estate of Herbert Sherr, Barbara Sherr Kleger, and Delmarva Power & Light Company, under Section 107(a) of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), for the Diamond State Salvage Superfund Site in Wilmington, New Castle County, Delaware. The terms of the settlement is set forth in the proposed Consent Decree.

The United States requests that the Court not sign the proposed Consent Decree at this time. Pursuant to Department of Justice regulations codified at 28 C.F.R. § 50.7, the United States is required to publish in the Federal Register a notice that the proposed Consent Decree has been lodged with the Court. The notice will solicit public comment for a period of thirty (30) days. During the comment period, no action is required by the Court. After the close of the comment period, the United States will evaluate any comments received and will request the Court to take appropriate action regarding the Consent Decree.

Respectfully submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20044-7611

By: _____
DONNA D. DUER
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 514-3475

                                  COLM F. CONNOLLY
                                  United States Attorney
                                  District of Delaware

By:      */s/ Patricia Hannigan*
        PATRICIA HANNIGAN
        Assistant United States Attorney
        District of Delaware
        P.O. Box 591
        Wilmington, DE 26003
        (302) 573-6277

OF COUNSEL:

PATRICIA MILLER
Senior Assistant Regional Counsel
EPA Region III
1650 Arch Street
Philadelphia, PA 19103

**CERTIFICATE OF SERVICE**

      I, Patricia C. Hannigan, hereby certify that this __1st__ day of April, 2005, I electronically filed the foregoing **Plaintiff United States of America's Notice of Lodging of Consent Decree** with the Clerk of the Court using CM/ECF. Notification of such filing will be served by First Class Mail on the following:

**Glen Harris, Esquire**
Ballard Spahr Andrews & Ingersol, LLP
Plaza 1000, Suite 500
Main Street
Voorhees, NJ 08043-4636

**Barbara Sher Kleger**
226 West Rittenhouse Square #3010
Philadelphia, PA 19103

Notification of filling will be hand-delivered to the following:

**PHI Service Company**
c/o Legal Services Department
800 King Street
P.O. Box 231
Wilmington, DE 19899-0231

                                                COLM F. CONNOLLY
                                                United States Attorney

                                      By: __/s/Patricia C. Hannigan__
                                            Patricia C. Hannigan
                                            Assistant United States Attorney
                                            Delaware Bar I.D. No. 2145
                                            The Nemours Building
                                            1007 Orange Street, Suite 700
                                            P. O. Box 2046
                                            Wilmington, DE 19899-2046
                                            (302) 573-6277
                                            Patricia.Hannigan@usdoj.gov