# APPENDIX
# A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIAMOND STATE SALVAGE COMPANY, INC., )<br>ESTATE OF HERBERT SHERR, )<br>NANCY SHERR, AS EXECUTRIX FOR THE )<br>  ESTATE OF HERBERT SHERR, )<br>BARBARA SHERR KLEGER, )<br>)<br>and )<br>)<br>DELMARVA POWER & LIGHT COMPANY, )<br>)<br>Defendants. )<br>) | Civil Action No.<br><br>Judge<br><br>DECLARATION |

## DECLARATION

I, Barbara Sherr Kleger, hereby certify that the following documents contain accurate and complete information concerning my financial condition for the period 1999 through December 2002, with supplemental information through December 2003.

1.     Completed "Financial Statement of Debtor, Submitted for Government Action on Claims Due to the United States" and all attachments thereto, signed by Barbara Kleger, dated January 8, 2004.

2.     United States Income Tax Returns for Barbara Sherr Kleger and Allen Dubroff for calendar years 1999, 2000, 2001 and 2002.

3.      Letter from Joseph Manko, Manko, Gold, Katcher, Fox L.L.P., to Donna Duer,

U.S. Department of Justice, dated March 26, 2004, and all attachments thereto.

4.      Letter from Joseph Manko, Manko, Gold, Katcher, Fox L.L.P., to Donna Duer,

U.S. Department of Justice, dated June 10, 2004, and all attachments thereto.

I further certify that my financial condition has not changed materially since

January 2004.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on ___*Feb 4, 2005.*___                    _Barbara Sherr Kleger_

                                                      Barbara Sherr Kleger

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| ) | |
| Plaintiff,     ) | |
| ) | Civil Action No. |
| v.     ) | |
| ) | Judge |
| DIAMOND STATE SALVAGE COMPANY, INC.,     ) | |
| ESTATE OF HERBERT SHERR,     ) | DECLARATION |
| NANCY SHERR, AS EXECUTRIX FOR THE     ) | |
|   ESTATE OF HERBERT SHERR,     ) | |
| BARBARA SHERR KLEGER,     ) | |
| ) | |
| and     ) | |
| ) | |
| DELMARVA POWER & LIGHT COMPANY,     ) | |
| ) | |
| Defendants.     ) | |
| ) | |

## **DECLARATION**

I, Nancy Sherr, as Executrix for the Estate of Herbert Sherr, hereby certify that the following documents contain accurate and complete information concerning the financial condition of the Estate of Herbert Sherr through September 2003.

1. Letter dated April 29, 2002 from Harvey N. Shapiro, Schnader, Harrison, Segal & Lewis, L.L.P., to Laura B. Janson, Chief, Cost Recovery Section, U.S. Environmental Protection Agency, and copies of documents enclosed therewith, including:

a.    Answers to Questions in the Information Request of the United States
      Environmental Protection Agency of March 21, 2002 to the Estate of
      Herbert Sherr;

b.    United States Estate Tax Return (Form 706), for Estate of Herbert Sherr,
      signed and dated October 12, 2001;

c.    United States Individual Income Tax Return for years 1998, 1999 and
      2000, 2001 (Form 1040), for Herbert Sherr and Nancy Sherr, undated;

d.    Amended United States Individual Income Tax Return for year 1999
      (Form 1040X), for Herbert Sherr and Nancy Sherr, undated;

e.    PA-41 PA Fiduciary Income Tax Return for year 2001;

f.    Estate of Herbert Sherr, deceased, stock value as of March 27, 2002;

g.    Will of Herbert Sherr;

j.    First Codicil to Will of Herbert Sherr;

k.    Register of Wills of Chester County, Pennsylvania, Certificate of Grant of
      Letters Testamentary for Estate of Herbert Sherr Deceased, dated February
      14, 2001, signed by Deputy for the Register of Wills;

l.    Register of Wills, Chester County, Pennsylvania, Inventory for Estate of
      Herbert Sherr, dated October 12, 2001 ;

m.    Purchase Agreement dated July 1, 2001;

n.    Check Register for Estate of Herbert Sherr checking account;

o.    Income Tax Return for 1999 (Form 1040) and

2

2.     Letter dated September 23, 2003, from Harvey N. Shapiro, Schnader, Harrison,

Segal & Lewis, L.L.P., to Benjamin M. Cohan, Sr. Assistant Regional Counsel, U.S.

Environmental Protection Agency, and documents enclosed therewith, including Final

Accounting prepared for the Estate of Herbert Sherr through September 5, 2003.

I further certify that the financial condition of the Estate of Herbert Sherr has not

changed materially since September 5, 2003.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on 1/26/05                              Nancy A Sherr
                                                 Nancy Sherr

# APPENDIX
# B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | |
| DIAMOND STATE SALVAGE COMPANY, INC., ) | Judge |
| ESTATE OF HERBERT SHERR, ) | |
| NANCY SHERR, AS EXECUTRIX FOR THE ) | |
| ESTATE OF HERBERT SHERR, ) | |
| BARBARA SHERR KLEGER, ) | |
| ) | |
| and ) | DECLARATION |
| ) | |
| DELMARVA POWER & LIGHT COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## DECLARATION

I, _William M. Gaksman_, hereby certify, to the best of my knowledge

and belief, that Delmarva Power & Light Company ("Delmarva") has performed a thorough,

comprehensive, good faith search for all information in the possession, custody, or control of

Delmarva or any of its officers, directors, employees, contractors or agents, which relates in any

way to the ownership or operation of the Diamond State Salvage Superfund Site ("Site"), and to

the generation, treatment, transportation, storage or disposal of hazardous substances, pollutants

and contaminants at or in connection with the Site, and that Delmarva has fully disclosed all of

the information identified as a result of the search for information which relates in any way to the

ownership or operation of the Diamond State Salvage Superfund Site, and to the generation,

treatment, transportation, storage or disposal of hazardous substances, pollutants and

contaminants at or in connection with the Site.

I further certify, to the best of my knowledge and belief, that Delmarva has not altered,

mutilated, discarded, destroyed or otherwise disposed of any records, documents, or other

information relating to its potential liability regarding the Site since receipt of the first

information request sent to Delmarva by EPA pursuant to Section 104(e) of CERCLA, other than

information protected by the attorney client privilege as recognized by federal law, and that

Delmarva has complied in good faith with any and all EPA requests for information pursuant to

Section 104(e) of CERCLA, 42 U.S.C. § 9604(e).

I further certify, to the best of my knowledge and belief, that the amount of material

containing hazardous substances Delmarva has allegedly contributed to the Diamond State

Salvage Superfund Site is not greater than the amount indicated on the documents attached

hereto.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on ___2/11/05___.                    _William M Kauman_

2

PROCESSORS OF:

- COPPER
- BRASS
- ALUMINUM
- NEWSPAPER

- SCRAP IRON
- STRUCTURAL STEEL
- INDUSTRIAL WASTE MATERIAL
- CORRUGATED

Phone
655-1501

# Diamond State Salvage Co.

4th & CHURCH STS.    •    WILMINGTON, DEL. 19802

| CUSTOMER'S ORDER NO. | | | | | | DATE | 5/31 | | 75 |
|---|---|---|---|---|---|---|---|---|---|
| NAME | | | DP # 2 | | | | | | |
| STREET | | | | | | | | | |
| CITY & STATE | | | | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1800 | 5/17, 5/18 Transformers etc | .01 | 184 |
| | | | |
| | | | |
| | | | |
| | | | |

PH 12881
6/11/79

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL

RECEIVED BY

39962

NUSSBAUMER & CO., WILM., DEL.   656-9944

TICKET NO.

DATE

WEIGHED AT _____    TIME

28,400        GROSS        MATERIAL _____
13,100        TARE         TRUCK NO. _____

NET          DRIVER:  ON [ ]      OFF [✓]

CUSTOMER ORD. _____

DELIVER TO

REMARKS _____

DRIVER _____    WEIGHER _____

RECEIVED BY
PT. NO. 42136000 PRINTED IN U.S.A.

HOWE RICHARDSON SCALES
SALES AND SERVICE

DIAMOND STATE SALVAGE CO.

GROSS
TARE

NET          Driver:  On [ ]      Off [X]

Deliver To

**PROCESSORS OF:**

- COPPER
- BRASS
- ALUMINUM
- NEWSPAPER

- SCRAP IRON
- STRUCTURAL STEEL
- INDUSTRIAL WASTE MATERIAL
- CORRUGATED

**Phone**
655-1501

# Diamond State Salvage Co.

### 14th & CHURCH STS.   •   WILMINGTON, DEL. 19802

| CUSTOMER'S ORDER NO. | | | | DATE | 7/30 | 19 79 | |
|---|---|---|---|---|---|---|---|
| NAME | *D P & L* | | | | | | |
| STREET | | | | | | | |
| CITY & STATE | | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT | *K.* |
|---|---|---|---|---|---|---|---|

| QUANTITY | | DESCRIPTION | | PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|---|
| | | P/U 6/20/79 | | | | | |
| 9510 | #1 *Copper* | | | .77 | | 7322 | 70 |
| 10620 | #*Lead* | CA# 13389 8/1/79 | | .44 | | 4672 | 80 |
| 1250 | #2 *Copper* | | | .65 | | 812 | 50 |
| | | | | | | 12 808 | 00 |
| | *Less Unloading .03* | | | | | 349 | 80 |
| | | | | | | 11 858 | 20 |

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL

| 42493 | RECEIVED BY |
|---|---|

NUSSBAUMER & CO., WILM., DEL. 656-9044



PROCESSORS OF:
- SCRAP IRON
- COPPER
- STRUCTURAL STEEL
- BRASS
- INDUSTRIAL WASTE MATERIAL
- ALUMINUM
- CORRUGATED
- NEWSPAPER

Phone
655-1501

# Diamond State Salvage Co.

14th & CHURCH STS. • WILMINGTON, DEL. 19802

| CUSTOMER'S ORDER NO. | | | | | | DATE 8/29 79 |
|---|---|---|---|---|---|---|
| NAME | DP+L | | | | | |
| STREET | | | | | | |
| CITY & STATE | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT 12 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION 8/17/79 | PRICE | AMOUNT |
|---|---|---|---|
| 5917 | #C.W. Wire (5900.67) | .033 | 198 22 |
| 2900 | # Clean Lead | .43 | 1247 |
| 769 | # Clean Alum | .34½ | 265 31 |
| 1444 | # Yellow Brass | .36½ | 527 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL

42587

RECEIVED BY

PROCESSORS OF:

- COPPER
- BRASS
- ALUMINUM
- ALUMINUM CANS

- SCRAP IRON
- STRUCTURAL STEEL
- INDUSTRIAL WASTE MATERIAL

Phone
655-1501

# Diamond State Salvage Co.

14th & CHURCH STS. • WILMINGTON, DEL. 19802

CUST. ORDER NO. _____ DATE 7/9 198 2

NAME OP-2

ADDRESS _____

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|---|
| 1286# | Steel chain (50-40) | 18 | 103 | 34 |
| 2940# | ACSR 6/8/84 (55.00.42) | 231 | 2065 | 14 |
| 12800# | Lead 1/8/84 | .09 | 1152 | 00 |
| | | | 3320 | 48 |

Pd

41380 REC'D BY _____

**DIAMOND STATE SALVAGE CO.**
14th & CHURCH STS.
WILMINGTON, DELAWARE 19802
(302) 655-1501

098454
Ticket No.

1 26 OCT 18
Date

7,400    GROSS
5 000    TARE        Remarks        1 55 OCT 18

NET

2350    BATTERIES    @ 03    $70.50
Commodity

Name

Address    DP&L        Received ☐
                        Shipped ☐

Driver        On ☑  Weigher
              Off ☑

**DIAMOND STATE SALVAGE CO.**
14th & CHURCH STS.
WILMINGTON, DELAWARE 19802
(302) 655-1501

098606
Ticket No.

2 co Oct 23
Date
2 o7 Oct 23

4 980   GROSS
-4 600  TARE
 380    NET
-150 Skid
 230  Commodity Batteries   @ 03½ $ 11 55

Remarks _____

Name _____
Address DP&L _____
Driver _____

On X Weigher John F. Mansune
Off □ #56214

Received □
Shipped □

#8996

**DIAMOND STATE SALVAGE CO.**
14th & CHURCH STS.
WILMINGTON, DELAWARE 19802
(302) 655-1501

099194
Ticket No.

Date
11 17 NOV 6

8 500    GROSS
5 760    TARE          Remarks _____
2 7⁴⁰     NET                        11 34 NOV 6
- 100 Pallets
    7640 Batts          @ '03    $    19²⁰
Commodity
Name   Delmarva Power
Address        Sub Stations         Received ☐
                                     Shipped ☐

Driver _____   On ☑ Weigher _____
                 Off ☐

009073

---

**DIAMOND STATE SALVAGE CO.**
14th & CHURCH STS.
WILMINGTON, DELAWARE 19802
(302) 655-1501

099214
Ticket No.

1 00 NOV 6
1 32 NOV 6

7 360    GROSS
5 800    TARE          Remarks _____
1 560     NET                    PUTTED
    1560 Batteries      @ 03    $    45²⁰
Commodity
Name _____                 Received ☐
Address   (D)P&L                     Shipped ☐

Driver _____   On ☐ Weigher _____
                 Off ☐

009073



**DIAMOND STATE SALVAGE CO.**
14th & CHURCH STS.
WILMINGTON, DELAWARE 19802
(302) 655-1501

Ticket No. **103653**

Date: 29 MAR 7    29 MAR 7

Remarks: 454224  4344082

GROSS    7,000

TARE    5,080

NET    1,920
— SO SKID    1570

Commodity

Name

Address

Driver    On ☐ Weigher
          Off ☐

**DIAMOND STATE SALVAGE CO.**
14th & CHURCH STS.
WILMINGTON, DELAWARE 19802
(302) 655-1501

Ticket No. 095692

0-45 AUG 9
8 54 AUG 9

| | |
|---|---|
| GROSS | 6 900 |
| TARE | 5 000 |
| NET | 1 900 |

—50 Sx 10
1850

Commodity  Bottles @ .02  $ 37.—

Remarks

Name

Address

Driver

Received ☐   Shipped ☐

ENTERED EDP

**DIAMOND STATE SALVAGE CO.**
14th & CHURCH STS.
WILMINGTON, DELAWARE 19802
(302) 665-1501

10 56 JAN 8
Date

101254
Ticket No.

GROSS

TARE

2760  NET
40
2720

Commodity _____ Batteries _____ @ 02th $.68

Name _____ DPL (Fleet Services)

Address _____

Remarks _____ 1125 JAN 8

POSTED

Received ☐
Shipped ☐

Driver _____          On ☒  Weigher _____
                      Off ☐

**087454**
Ticket No.

## DIAMOND STATE SALVAGE CO.
### 14th & CHURCH STS.
### WILMINGTON, DELAWARE 19802
### (302) 655-1501

8 55 JAN 11

| | |
|---|---|
| 6 200 | GROSS |
| 4 680 | TARE |
| 1520 | NET |

Remarks

8 55 JAN 11

9 05 JAN 11

Commodity  Batteries  .03  $  45 6²

Name  Delmarva Power

Address  FLEET SERVICE

Received ☐

Shipped ☐

Driver _____  On ☐  Weigher
               Off ☐



PROCESSORS OF:

- COPPER
- BRASS
- ALUMINUM
- ALUMINUM CANS

- SCRAP IRON
- STRUCTURAL STEEL
- INDUSTRIAL WASTE MATERIALS



PHONE
655-1501

# Diamond State Salvage Co.

### 14TH & CHURCH STS. • WILMINGTON, DE 19802

NAME _____ D P₌ ℒ _____    DATE 11/29/88

ADDRESS _____

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
|  | COPPER |  |  |
|  | ALUMINUM |  |  |
|  | BRASS |  |  |
|  | STAINLESS STEEL |  |  |
|  | ACSR |  |  |
|  | RADIATORS |  |  |
|  | CANS |  |  |
| 20 | BATTERIES |  | 20 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

118561    REC'D BY _____

DELTA FORMS, INC. WILMINGTON, DE 19804-0H

**DIAMOND STATE SALVAGE CO.**
14th & CHURCH STS.
WILMINGTON, DELAWARE 19802
(302) 655-1501

088803
Ticket No.

Date
8 52 FEB 13

.6 200    GROSS
4 900    TARE

1300 NET

1250

Commodity BATTERIES          @ .03   $ 37.50

Remarks

Name

Address DPIL HEEL Sea            Received ☐
                                 Shipped ☐

Driver            On ☐  Weigher
                  Off ☐

**DIAMOND STATE SALVAGE CO.**
14th & CHURCH STS.
WILMINGTON, DELAWARE 19802
(302) 655-1501

085442
Ticket No.

Date

8 500   GROSS

6 140   TARE

Remarks

12 56 NOV 15

23 60   NET

80 sksh   2280

1 19 NOV 15

Commodity   @ 03½s   79 80

Name   DP4L

Address

Received ☐
Shipped ☐

Driver   On ☐   Weigher
Off ☐

---

**DIAMOND STATE SALVAGE CO.**
14th & CHURCH STS.
WILMINGTON, DELAWARE 19802
(302) 655-1501

085245
Ticket No.

12 30 NOV 10
Date

6 020   GROSS

4 620   TARE

Remarks

124 20   NET

Commodity   Batteries   @ 03½s   49   12 38 NOV 10

Name   DP4L

Address

Received ☐
Shipped ☐

Driver   On ☐   Weigher
Off ☐

**DIAMOND STATE SALVAGE CO.**
14th & CHURCH STS.
WILMINGTON, DELAWARE 19802
(302) 655-1501

090909
Ticket No.

5 000    GROSS

TARE

7100    NET
50 SK 10
7050

Commodity Batteru    @    0V $ 21-

Name    DP&L

Address

Received ☐
Shipped ☐

Driver    On ☐  Weigher
         Off ☐

10 51 APR 5
Date

10 57 APR 5

Remarks

PROCESSORS OF:

- COPPER
- BRASS
- ALUMINUM
- ALUMINUM CANS
- SCRAP IRON
- STRUCTURAL STEEL
- INDUSTRIAL WASTE MATERIALS

PHONE
655-1501

# Diamond State Salvage Co.

## 14TH & CHURCH STS. • WILMINGTON, DE 19802

NAME _DP&L_     DATE _9-6_

ADDRESS

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | COPPER | | |
| | ALUMINUM | | |
| | BRASS | | |
| | STAINLESS STEEL | | |
| | SCRAP | | |
| | RADIATORS | | |
| | CANS | | |
| | BATTERIES | | |

123770    REC'D. BY

**PROCESSORS OF:**

- COPPER
- BRASS
- ALUMINUM

- SCRAP IRON
- STRUCTURAL STEEL
- INDUSTRIAL WASTE MATERIAL

Phone
655-1501

# Diamond State Salvage Co.

**14th & CHURCH STS.** • **WILMINGTON, DEL. 19802**

Customer's Order No. _____ Date _5/10_ 19_84_

Name _____ D&od_ #06896

Address _____ 5/10/84

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD | PAID OUT |
|---------|------|--------|--------|----------|------------|----------|

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
| | TICKET # 015140 | | |
| 1100 # | Batterie | .03 | 33.00 |
| 8600 # | ACSR (55% 0.50) | .2775 | 2388.65 |
| 18980 # | Steel (58-40) | 18.00 | 152.52 |
| | 12880. W.P. Bowel: | | |
| | (Sorted as follows) | | |
| 1288 # | Control (40% 0, 49½) | .198 | 255.02 |
| 1288 # | Power (55% 0.49½) | .2725 | 350.66 |
| 10304 # | W.P. Wire (60% 0.54) | .354 | 3647.62 |
| | Less Stripping (control + power) | | (18.32) |

All claims and returned goods MUST be accompanied by this bill.

41777   Received By _____

TAX

TOTAL _____

PROCESSORS OF:

- COPPER
- BRASS
- ALUMINUM

- SCRAP IRON
- STRUCTURAL STEEL
- INDUSTRIAL WASTE MATERIAL
- CORRUGATED

Phone
655-1501

# Diamond State Salvage Co.

14th & CHURCH STS.          WILMINGTON. DEL. 19802

| CUSTOMER ORDER NO | | | | DATE | | 5/27 19 62 | |
|---|---|---|---|---|---|---|---|
| NAME | | | | *Delmarva Power & Light Co* | | | |
| STREET | | | | | | | |
| CITY & STATE | | | | | | | |

| SOLD BY | CASH | C.O.D | CHARGE | ON ACCT | MO. RET | PAID OUT | |
|---|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| | 10778 *Lead Cable Rec'd* | | | | |
| | *(v/1/62)* | | | | |
| | *as follows* | | | | |
| 3229 | *Lead* | | 11 | 355 | 19 |
| 4192 | *Copper* | #2131 | 55¼ | 2316 | 08 |
| 3357 | *Waste* | 5/27/62 | 11 | N V | |
| | | | | 2671 | 27 |
| | *Less Stripping* | | .05 | (538 | 90) |
| | | | | 2132 | 37 |

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL.

073793          RECEIVED BY

27327-80

Case 1:03-cv-00076 Document 5-2 Filed 04/01/2005 Page 29 of 31

137908

Ticket No.

DIAMOND STATE SALVAGE CO.
14th & CHURCH STS.
WILMINGTON DELAWARE 19801
(302) 655-1561

ACCOUNT

Nov 10 53

Date

21520 LB GR

GROSS

15720 LB GR TARE

Remarks

Nov 11 06

5800

NET

-200 Pallets

5600

Commodity Batteries @ 3¢ $ 168

Name DP+L (NDGL)

Address

Received ☐
Shipped ☐

Driver

On
Off
Weigher

MAC

PROCESSORS OF:

- ◆ COPPER
- ◆ BRASS
- ◆ ALUMINUM
- ◆ NEWSPAPER

- ● SCRAP IRON
- ● STRUCTURAL STEEL
- ● INDUSTRIAL WASTE MATERIAL
- ● CORRUGATED

Phone
655-1501

# Diamond State Salvage Co.

**14th & CHURCH STS.**    **WILMINGTON, DEL. 19802**

| CUSTOMER'S ORDER NO. | | | | | DATE | 5/31 | 19 79 |
|---|---|---|---|---|---|---|---|
| NAME | | | | DP+L | | | |
| STREET | | | | | | | |
| CITY & STATE | | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT | R |
|---|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | 5/24/79 | | |
| 1075 | Ill. Wire (1.4% oz %) | 48.65 | 522 88 |
| 3390 | Yellow Brass | .395 | 1339 05 |
| 1502 | Aluminum | .415 | 260 45 |
| 1558 | Insul. Cable (40% .65) | .26 | 405 08 |
| | Fire @ Burning Charge | .05 | 77 90 |
| 9403 | Bare Copper | .76 | 7146 28 |
| 2683 | Burn Cable  as follows | | |
| | (570 .65) | .510 | 982 94 |
| | Less Burning Charge | .05 | 132 65 |
| 10869 | Lead | .39 | 4238 91 |
| 2916 | Contaminated bare copper | | |
| 2936 | Contaminated Wire (5/6 .65) | .033 | |

ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS BILL

| 39963 | RECEIVED BY | |
|---|---|---|

NUSSBAUMER & CO., WILM., DEL.  656-9944

SIGNED _____    DATE 5-27-79

STOREROOM CLERK

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that this 1st day of April, 2005, I electronically filed the foregoing **Proposed Consent Decree** with the Clerk of the Court using CM/ECF. Notification of such filing will be served by First Class Mail on the following:

**Glen Harris, Esquire**
Ballard Spahr Andrews & Ingersol, LLP
Plaza 1000, Suite 500
Main Street
Voorhees, NJ 08043-4636

**Barbara Sher Kleger**
226 West Rittenhouse Square #3010
Philadelphia, PA 19103

Notification of filling will be hand-delivered to the following:

**PHI Service Company**
c/o Legal Services Department
800 King Street
P.O. Box 231
Wilmington, DE 19899-0231

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov