IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| DIAMOND STATE SALVAGE : | |
| COMPANY, INC. : | Civil Action No.: 05-76-KAJ |
| ESTATE OF HERBERT SHERR, : | |
| NANCY SHERR, AS EXECUTRIX : | |
| FOR THE ESTATE OF HERBERT SHERR, : | |
| BARBARA SHERR KLEGER, : | |
| : | |
| and : | |
| : | |
| DELMARVA POWER & LIGHT COMPANY, : | |
| : | |
| Defendants. : | |

## PLAINTIFF UNITED STATES OF AMERICA'S
## MOTION TO ENTER CONSENT DECREE

On June 29, 2006, Plaintiff United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), lodged a proposed Consent Decree with this Court. This Consent Decree resolves claims of the United States under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601 *et seq.*, against defendant Diamond State Salvage Company, Inc. A previously entered Consent Decree in this case resolved the claims of the United States under CERCLA against the Estate of Herbert Sherr, Nancy Sherr, as Executrix for the Estate of Herbert Sherr, Barbara Sherr Kleger, and Delmarva Power & Light Company.

Pursuant to Department of Justice policy at 28 C.F.R. § 50.7, notice of the proposed Consent Decree was published in the Federal Register on July 12, 2006 (71 Fed. Reg. 39363), and the public was provided thirty (30) days in which to comment on the proposed Decree.

The time period for public comment has expired and the Department of Justice has not received any comments on the proposed Decree. Pursuant to Paragraph 56 of the proposed Consent Decree, the Settling Defendants have consented to entry of the Consent Decree. Therefore, the United States now respectfully moves this Court to sign and enter the proposed Consent Decree lodged with the Court on June 29, 2006.

        Respectfully submitted,

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General
        Environment and Natural Resources Division
        U.S. Department of Justice
        Washington, D.C. 20044-7611

By: /s/ Donna D. Duer
        DONNA D. DUER
        Environmental Enforcement Section
        U.S. Department of Justice
        P.O. Box 7611
        Ben Franklin Station
        Washington, D.C. 20044-7611
        202-514-3475

                                                      COLM F. CONNOLLY
                                                      United States Attorney

                                        By: /s/Patricia C. Hannigan
                                                      PATRICIA C. HANNIGAN
                                                      Assistant United States Attorney
                                                      Delaware Bar I.D. No. 2145
                                                      The Nemours Building
                                                      1007 Orange Street, Suite 700
                                                      P. O. Box 2046
                                                      Wilmington, DE 19899-2046
                                                      (302) 573-6277
                                                      Patricia.Hannigan@usdoj.gov

OF COUNSEL:

PATRICIA MILLER
Senior Assistant Regional Counsel
EPA Region III
1650 Arch Street
Philadelphia, PA  19103

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on **August 15, 2006**, I electronically filed the foregoing **PLAINTIFF UNITED STATES OF AMERICA'S MOTION TO ENTER CONSENT DECREE** with the Clerk of the Court using CM/ECF. Notification of such filing will be served by First Class Mail on the following:

**Glen Harris, Esquire**
Ballard Spahr Andrews & Ingersol, LLP
Plaza 1000, Suite 500
Main Street
Voorhees, NJ 08043-4636

**Secretary of State**
Division of Corporations
401 Federal Street, Suite 4
Dover, DE 19901
Attn: Service of Process

**Barbara Sherr Kleger**
226 West Rittenhouse Square #3010
Philadelphia, PA 19103

Notification of filling will be hand-delivered to the following:

**PHI Service Company**
c/o Legal Services Department
800 King Street
P.O. Box 231
Wilmington, DE 19899-0231

        COLM F. CONNOLLY
        United States Attorney

By:   /s/Patricia C. Hannigan
      Patricia C. Hannigan
      Assistant United States Attorney
      Delaware Bar I.D. No. 2145
      The Nemours Building
      1007 Orange Street, Suite 700
      P. O. Box 2046
      Wilmington, DE 19899-2046
      (302) 573-6277
      Patricia.Hannigan@usdoj.gov